**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   05-cr-00388-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. ALEX J. GARCIA,

      Defendant.

---

ORDER

---

      PURSUANT to and in accordance with the Supervised Release Violation hearing

held before the Honorable Lewis T. Babcock, United States District Judge, on June 27,

2014, it is hereby

      ORDERED that Defendant Alex J. Garcia is sentenced to **TIME SERVED.**

      Dated:  June 27, 2014.

                            BY THE COURT:


                             s/Lewis T. Babcock_____
                            LEWIS T. BABCOCK,
                            UNITED STATES DISTRICT JUDGE